# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FRANKLIN OWUSU-ANSAH,  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | CIVIL ACTION |
| v.  ) | NO. 1:09-CV-2664-SCJ-WEJ |
| ) | |
| THE COCA-COLA COMPANY,  ) | |
| ) | |
| **Defendant.**  ) | |

## NOTICE OF FILING OF THE DEPOSITION OF
## <u>FRANKLIN OWUSU-ANSAH</u>

Defendant The Coca-Cola Company hereby files the complete transcript of the deposition of Franklin Owusu-Ansah taken on July 6, 2010, August 13, 2010, and September 22, 2010 in connection with the above-referenced matter.

This 26th day of May, 2011.

                                              Respectfully submitted,

                                              s/ Scott B. Mario
                                              Michael W. Johnston
                                              Georgia Bar No. 396720
                                              Scott B. Mario
                                              Georgia Bar No. 558490
                                              Bethany L. Schneider
                                              Georgia Bar No. 940713
                                              KING & SPALDING LLP
                                              1180 Peachtree Street NE

2

Atlanta, Georgia  30309
(404) 572-4600
(404) 572-5100 (fax)
mjohnston@kslaw.com
smario@kslaw.com
bschneider@kslaw.com



Elizabeth Finn Johnson
Georgia Bar No. 393353
THE COCA-COLA COMPANY
One Coca-Cola Plaza
Atlanta, Georgia  30313
(404) 676-3736
eljohnson@na.ko.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FRANKLIN OWUSU-ANSAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 1:09-CV-2664- SCJ-WEJ |
| ) | |
| THE COCA-COLA COMPANY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of May, 2011, I electronically filed the foregoing **NOTICE OF FILING OF THE DEPOSITION OF FRANKLIN OWUSU-ANSAH** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        Sandra Jackson Sheppard
        Sheppard & Associates Law Office, P.C.
        455 Park Avenue, S.E.
        Atlanta, Georgia 30312

                                        s/ Scott B. Mario
                                        Scott B. Mario
                                        Georgia Bar No. 558490