

Defendant's Exhibit

3

_KSI_ 07/06/2010
BROWN & GALLO

# Equal Opportunity Policy

**Discrimination and Affirmative Action**

- <u>Individuals with Disabilities, Disabled Veterans and Veterans of the Vietnam Era</u>
  - <u>Special Request for Accommodation Fact Sheet</u>
  - To request accommodation go to <u>My Profile</u> > *select 'My Personal Profile'* > *select 'Personal Information'* > *then 'Workplace Accommodation Request Form'.*
  - <u>Reporting Instances of Discrimination</u>
- <u>Manager's Responsibilities</u>

The Coca-Cola Company values all employees and the contributions they make. Consistent with this value, the company reaffirms its long-standing commitment to equal opportunity and affirmative action in employment, which are integral parts of our corporate environment. The company strives to create an inclusive work environment free of discrimination and physical or verbal harassment with respect to race, gender, color, national origin, religion, age, disability, sexual orientation, gender identity and / or expression, or veteran status. We will make reasonable accommodations in the employment of qualified individuals with disabilities, for religious beliefs, and whenever else appropriate.

The Company maintains equal employment opportunity functions to ensure adherence to all laws and regulations, and to company policy in the areas of equal employment opportunity and affirmative action. All managers are expected to implement and enforce the Company policy of non-discrimination, equal employment opportunity, and affirmative action, as well as to prevent acts of harassment within their assigned area of responsibility. Further, it is a part of every individual's responsibility to maintain a work environment that reflects the spirit of equal opportunity and prohibits harassment.

Harassment is defined as any single incident or pattern of behavior where the effect, intentional or unintentional, creates a hostile, offensive, or intimidating work environment.

Harassment encompasses a range of physical or verbal behaviors. The behaviors can include, but are not limited to, unwelcome comments that are gender-based, sexual, or ethnic in nature; religious slurs; racial insults; unwanted sexual advances; or age-based remarks. Harassment can also include any behavior based upon stereotyping that tends to isolate an individual with a disability. For more information on harassment, please refer to the separate "Harassment Policy" in this guide.

Should you have concerns about equal employment opportunity and affirmative action, or feel you have been the subject of discrimination or harassment, please contact your Manager or Human Resources representative. The Company will investigate all complaints of harassment

Def Ex 3

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000372
Owusu-Ansah

and discrimination charges, and the Company's investigation will respect the privacy of all individuals involved. However, the Company cannot guarantee complete confidentiality.

Be assured that the Company will not tolerate reprisal against anyone who makes a complaint based upon the reasonable belief that there has been a violation of this policy.

Questions regarding the Affirmative Action policy should be directed to the Director of Diversity and Workplace Fairness.

Your cooperation and participation are essential in helping the Company maintain an environment that is conducive to individual productivity, growth, and development. The Company reaffirms its commitment to equal opportunity and affirmative action and its obligations under Title VII of the Civil Rights Act (1964), Executive Order 11246, the Rehabilitation Act (1973), the Age Discrimination in Employment Act (1967), the Vietnam Era Veterans Readjustment Assistance Act (1974), the Americans with Disabilities Act (1990), and all other anti-discrimination laws.

## Individuals with Disabilities, Disabled Veterans and Veterans of the Vietnam Era

The Coca-Cola Company has a long-standing commitment to take affirmative action to employ and advance the employment of qualified individuals with disabilities, disabled veterans, and veterans of the Vietnam Era. As part of these efforts, we periodically invite disabled individuals, disabled veterans, veterans of the Vietnam Era, and other covered veterans to identify themselves as such, if they have not already done so, by advising their Human Resources representatives. For more information review our Special Request for Accommodation Fact Sheet or to request an accommodation go to My Profile > select 'My Personal Profile'> > select 'Personal Information' > then 'Workplace Accommodation Request Form.'

The information provided by an employee is voluntary, and will be handled confidentially. However, if it's necessary to assist an employee in performing job responsibilities, appropriate managers may be informed regarding any restrictions on work, necessary accommodations, or conditions that might require emergency treatment.

Reporting Instances of Discrimination

All managers are required to take responsibility to prevent acts of discrimination and harassment within their assigned areas of responsibility. Further, it is part of every employee's responsibility to maintain a work environment that is free of discrimination.

If an employee feels that he / she has experienced or witnessed discrimination or harassment, the employee should immediately notify his / her Manager or the Human Resources Representative.

Classified - Internal use
CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000373
Owusu-Ansah



The company forbids retaliation against anyone who acts in good faith to report discrimination, assists in making a discrimination complaint, or cooperates in a discrimination investigation.

The Company will investigate all complaints of discrimination thoroughly and promptly. If an investigation process confirms that a violation of this policy has occurred, the Company will take appropriate corrective action and disciplinary steps, up to and including separation. The Company's investigation process will respect the confidentiality and privacy of all individuals involved. However, we cannot guarantee complete confidentiality where there is a violation of the law or statute.

Manager's Responsibilities

Managers are responsible for the following:

- Communicate the Company's policies.

- Prevent acts of discrimination including harassment.

- Periodically discuss the Company's equal opportunity policies with the staff, such as during staff meetings when placement opportunities occur or when conducting performance reviews.

- Understand Affirmative Action Goals in your area through discussion with Human Resources.

- Meet Affirmative Action Goals, emphasize awareness of and efforts to achieve the goals.

- Communicate goals to all levels of management in areas of responsibility, including the hiring manager.

- In conjunction with the Human Resources representative, develop aggressive action steps where goals exist.



Classified - Internal use
CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000374
Owusu-Ansah

- Establish affirmative action as an integral part of the overall placement process, such as with hires, promotions, or special assignments.

- Ensure diversity is reflected on all candidate slates by interviewing qualified minority / women candidates within the constraints of the selection process.

- When evaluating hiring managers and those responsible for goal accomplishments, consider the number of opportunities and the implementation of the development plans.

- Encourage employees to discuss any concerns with the manager.

- Advise employees that their concerns will be addressed objectively and without retribution.

- Advise the Human Resources representative of employees' concerns, when appropriate; including any complaints of harassment or discrimination.

- Inform Human Resources of any complaints of harassment or discrimination.

- Participate in complaint investigation and resolution.

- When evaluating managers, consider their effectiveness in resolving concerns / complaints.

Questions regarding this policy should be directed to your Human Resources representative, or the Director of Diversity and Workplace Fairness at 404-676-5133.

Classified - Internal use

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000375
Owusu-Ansah