

# ombuds

**A Confidential Resource
That Helps You Help Yourself**

*The Coca-Cola Company*



DEPOSITION
EXHIBIT

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000409
Owusu-Ansah



**The Ombuds Office is a confidential, independent, neutral and informal resource. Our mission is to foster continual, two-way dialog with employees in helping resolve workplace issues. The Ombuds also serves an important role as part of an issue resolution system that helps to surface governance and ethical issues.**

---

### YOU TALK — The Ombuds Office is confidential.

Confidentiality is the cornerstone of the Ombuds Office. Communications with the Ombuds, therefore, are made with the understanding that they are and will remain confidential. You can contact the Ombuds without giving your name – but remaining anonymous may limit the options available to you.

The Ombuds will not breach confidentiality by revealing names unless in the course of the discussion with the Ombuds, you give permission, or the Ombuds determines that the situation poses imminent risk of serious harm to a person, product or property. Even under these circumstances, the Ombuds will try to protect your identity.

### WE LISTEN — The Ombuds Office is neutral.

The Ombuds does not advocate for the employee or the Company in a dispute. The Ombuds has no personal stake in the outcome of an issue and can work for a process that is fair and equitable. By going through the Ombuds, you may increase your ability to deal more effectively with situations on your own.

---



## Whom does the Ombuds serve?

The Ombuds is available to employees of The Coca-Cola Company in the United States, with the exception of employees represented by a labor union, unless the relevant collective bargaining agreement expressly permits it.

## What sort of issues can you discuss with the Ombuds?

You can discuss a wide range of workplace issues, such as:

- Interpersonal conflict
- Unfair treatment
- Company policies and practices
- Work environment
- Code of Business Conduct violation
- Fear of retaliation
- Compensation

- Performance
- Theft
- Safety
- Fraud
- Workplace violence/threats
- Discrimination
- Harassment

## How can the Ombuds help?

The Ombuds is available to employees that seek guidance about their options for resolving workplace issues. The Ombuds can work with you as a neutral listener to:

- Help you understand, explore and evaluate options available to resolve your issue/concern.
- Discuss alternatives you may have and the distinctions of each option.
- Make referrals to subject-matter experts regarding your specific concern and, when requested, follow up to make sure the process is complete.
- Provide you with information on management decisions, expectations, policies and procedures.
- Make informal inquiries, when appropriate, in a discreet manner.
- Mediate a difficult conversation between you and management, with your permission.
- Work for a fair process, and assist you as you are working toward resolution.
- Act as a sounding board with a fresh and impartial perspective, to hear your plan of action.

CONFIDENTIAL - Subject to Protective Order



## What is unique about the Ombuds Office?

The Ombuds Office is a valuable resource that operates independently, outside the normal management channels, and reports directly to the Chairman of the Company's Board of Directors. The Ombuds Office complements formal resolution resources and provides two-way dialog that is informal and off-the-record.

The Ombuds acts as a neutral party, working for a fair and equitable process. The Ombuds does not conduct investigations, and no employee (at any level) can compel or ask an Ombuds to disclose confidential information in legal proceedings. The Ombuds Office is not a channel to <u>notify</u> the Company of a workplace issue.

*Note: If you want the Company to be officially notified about a workplace issue/concern, you must use the Company's formal channels for reporting, such as Human Resources, the Employee Reporting Service, Solutions or the Diversity & Workplace Fairness Office.*

## Does the Ombuds Office keep records of my communication(s)?

The Ombuds keeps no permanent records of confidential communications. Only limited statistical information is kept — without names — to assist in identifying trends.



Coca-Cola 000412
Owusu-Ansah



## The Ombudsman Association "Code of Ethics"

To maintain strict confidentiality with regard to all communications with employees, the Ombuds Office of The Coca-Cola Company is bound by and will adhere to the "Code of Ethics" and "Standards of Practice" of The Ombudsman Association. These full documents are available on *All About Me* > Workplace > Employee Resolution Resources > Ombuds on @KO.

*"The ombudsman, as a designated neutral, has the responsibility to maintain strict confidentiality concerning matters that are brought to his/her attention unless given permission to do otherwise. The only exceptions, at the sole discretion of the ombudsman, are where there appears to be imminent risk of serious harm. The ombudsman must take all reasonable steps to protect any records and files pertaining to confidential discussions from inspection by all other persons, including management. The ombudsman should not testify in any formal judicial or administrative hearing about concerns brought to his/her attention. When making recommendations, the ombudsman has the responsibility to suggest actions or policies that will be equitable to all parties."*

---

## How do I contact the Ombuds Office?

**Office Hours:**
Monday through Friday
9 a.m. to 5 p.m. (ET)
(Appointments outside normal office hours may be arranged, if necessary.)

**Phone:**
Atlanta: (404) 676-6205
United States, Canada & Puerto Rico:
Toll-free (866) 514-5205 (This is an internal, protected line where you can leave a voice message 24/7.)

Translators are available, but you must say the name of your preferred language in English to initiate the translation process.

**E-mail:**   ombuds@na.ko.com

**Fax:**   (404) 515-6205

**Address:**   Amanda Pace
Ombuds Office, USA A106
The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301
(Please mark "confidential, for addressee only" on your envelope.)

For more information, contact the Ombuds Office or go to *All About Me* > Workplace > Employee Resolution Resources on @KO.

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000413
Owusu-Ansah