

CONFIDENTIAL - Subject to Protective Order



DEPOSITION EXHIBIT

Coca-Cola 000414
Owusu-Ansah

# Program Coverage

## Alternative Processes

The Company may establish alternative issue resolution processes within *Solutions* in particular circumstances, as for example to resolve issues arising from a one-time workplace event such as a large-scale realignment of operations. The Company will notify employees when such alternative processes exist.

## What's Covered?

*Solutions* can be used to address most workplace issues. For example, *Solutions* covers issues related to:

- application of a policy or work rule
- work assignments
- overtime assignments
- transfer or promotion decisions
- written warnings or other disciplinary actions *
- performance appraisals
- compensation
- involuntary termination
- treatment perceived as unfair or discriminatory
- any form of perceived harassment (e.g., sexual, racial, ethnic, religious, sexual orientation)
- personal injury, unless covered by workers' compensation

*\* Using Solutions generally will not suspend a written warning or other disciplinary action while the issue is being resolved. Discipline for Code of Business Conduct violations is not subject to review through Solutions, but may be reviewed subject to procedures described in The Code of Business Conduct Procedural Guidelines.*

5

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000415
Owusu-Ansah



## What's Not Covered?

Due to legal and policy considerations, there are some situations where *Solutions* will not apply. For example, *Solutions* cannot be used:

- where prohibited by local laws
- to challenge, establish, modify or object to the Company's policies and procedures, except claims that allege discriminatory or inequitable application of the Company's policies or procedures
- to resolve issues arising from workers' compensation or unemployment insurance claims
- to resolve issues arising from benefits claims, including claims covered by the United States Employee Retirement Income Security Act of 1974 (ERISA)
- to resolve issues related to an alleged breach of an employee's non-competition, non-solicitation, fiduciary or confidentiality obligations
- to resolve issues related to a determination that an employee has violated the Company's Code of Business Conduct
- to resolve issues related to home appraisals under the Company's Relocation Program
- to resolve issues involving patents, trademarks or intellectual property

### Need clarification?

*If you are unsure whether your workplace issue is covered by Solutions, ask the Diversity & Workplace Fairness Office for information:*

*Diversity & Workplace Fairness Office*
*P.O. Box 1734*
*Atlanta, GA 30301 USA*
*Tel: (404) 676-3850*
*Toll-free: (800) 676-3850*
*Fax: (404) 598-3850*
*E-mail: solutions@na.ko.com*
*Web site: All About Me >*
*Workplace > Employee Resolution Resources on @KO.*

6

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000416
Owusu-Ansah

# Step 1 – Open Door

The foundation of *Solutions*, Open Door is the first step in dealing with workplace conflicts. Sit down with your manager, one-on-one, and talk about your issues. If the issue can't be resolved this way, or for some reason this is not feasible or appropriate, speak with your next-level manager. In fact, you may advance the issue through two levels above your immediate manager to seek resolution. You should also involve your Human Resources representative when escalating an issue. Your Human Resources representative can help facilitate discussions and investigate matters when appropriate.

7

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000417
Owusu-Ansah

The entire Open Door process is intended to proceed quickly, and generally should be complete within a matter of days with your immediate manager, and no more than a few weeks if higher level managers become involved. Further information on the Open Door Policy is available from your Human Resources representative.

### Time Limitations

Because each issue is different, there is no prescribed deadline for completing any step of *Solutions*, but at the end of each step, an employee who desires to move to the next step must make the request within 30 days. The Diversity & Workplace Fairness Office may preclude some issues from moving through *Solutions* if the passage of time has made issue resolution impractical. Moreover, the law sets a maximum time period — statute of limitations — during which you must act to bring a Legal Dispute to the attention of the appropriate administrative agency or court. If the time period has run out, the Company can use the statute of limitations as a defense.

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000418
Owusu-Ansah

# Step 2 – Facilitation

If your issue is not resolved through Open Door, you can begin Step 2 — Facilitation. In Facilitation, a Program Manager from the Diversity & Workplace Fairness Office will work with you, your managers and your Human Resources representative to attempt resolution of your issue. Facilitation may involve one-on-one or group discussions, and when appropriate, investigation by the Program Manager or a Human Resources representative.

## To start the Facilitation process:

*Complete the Request for Facilitation form, which is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO and from the Diversity & Workplace Fairness Office at (404) 676-3850 or toll-free at (800) 676-3850. After you've completed the form, return it to the Diversity & Workplace Fairness Office. A Program Manager will contact you to begin the Facilitation process.*

The goal of *Solutions* is to resolve workplace issues without legal action. Participation in *Solutions* does not preclude you, however, from pursuing any available legal remedy.

If you file a charge with an administrative agency or file a lawsuit related to an issue covered by *Solutions*, the Company may ask the agency or court to delay any action until you have attempted full resolution through *Solutions*. By continuing employment with the Company, you agree not to oppose the Company's request to delay such proceedings.

10

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000420
Owusu-Ansah

# Step 3 – Written Appeal

## What Is the Senior Management Panel?

If you are not satisfied with the result of Facilitation, you can appeal in writing to the Senior Management Panel for a final internal decision. During this step, you will have the opportunity to present relevant information to the Senior Management Panel — a brief summary of the issue, the names of people who have reviewed the problem, a chronology of discussions, your desired remedy and other relevant information.

The panel will review your information, plus documentation provided by management and/or Human Resources, the results of any investigation and the results of the Facilitation process. After considering the facts, the panel will issue a written decision, including a determination of any compensation, discipline, further training or other appropriate action to be taken.

When the panel meets to review your issue, you have the right to appear — either in person (at your own expense) or by telephone — to make a statement or to answer questions from the panel.

The Diversity & Workplace Fairness Office is responsible for coordinating logistics, documentation and preparation associated with Senior Management Panel review.

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000421
Owusu-Ansah

## To start the Written Appeal process:

Complete the Written Appeal form, which is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO and from the Diversity & Workplace Fairness Office at (404) 676-3850 or toll-free at (800) 676-3850. After you've completed the form, return it to the Diversity & Workplace Fairness Office. A Program Manager will contact you to discuss next steps and will schedule a date for the Senior Management Panel to discuss the matter, generally within 60 days of your request.

Most workplace issues will be resolved internally during Open Door, Facilitation or Written Appeal. However, at an employee's request, a Legal Dispute not resolved during these steps can be taken to an external forum — Mediation, and then Arbitration.

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000422
Owusu-Ansah

# Step 4 – Mediation

Mediation is an informal and flexible process in which a trained external mediator will meet with you and a representative of Company management to help find a solution to your Legal Dispute. The mediator can suggest solutions, but does not make decisions for the parties. Rather, the mediator keeps discussions going so that those involved can arrive at their own answers. Often these solutions are win-win — both parties benefit in some way.

The Mediation process is voluntary: if the parties involved can't find a solution, they can stop at any time. Employees are limited to one opportunity to resolve each Legal Dispute through Mediation. The Company will pay the mediator's fees and expenses. The Mediation session generally will take less than one day, in a location near where you work.

You may choose to have a legal representative present at the Mediation, at your own expense. The Company will not have a legal representative at the Mediation if you do not.

13

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000423
Owusu-Ansah

## To start the Mediation process:

*Complete a Request for Mediation form, which is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO and from the Diversity & Workplace Fairness Office at (404) 676-3850 or toll-free at (800) 676-3850. After you've completed the form, return it to the Diversity & Workplace Fairness Office. A Program Manager will contact you to discuss next steps, which will include the selection of a Mediator.*

The Mediation and Arbitration steps of **Solutions** are available only for the resolution of "Legal Disputes." Legal Disputes are disputes involving legally protected rights, and can include:

- claims of discrimination, including claims based on race, sex, religion, national origin, age or disability
- claims of harassment, including sexual harassment
- claims for wages or other compensation
- claims of breach of contract
- claims of damage to person or property

14

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000424
Owusu-Ansah

# Step 4 – Mediation

Mediation is an informal and flexible process in which a trained external mediator will meet with you and a representative of Company management to help find a solution to your Legal Dispute. The mediator can suggest solutions, but does not make decisions for the parties. Rather, the mediator keeps discussions going so that those involved can arrive at their own answers. Often these solutions are win-win — both parties benefit in some way.

The Mediation process is voluntary: if the parties involved can't find a solution, they can stop at any time. Employees are limited to one opportunity to resolve each Legal Dispute through Mediation. The Company will pay the mediator's fees and expenses. The Mediation session generally will take less than one day, in a location near where you work.

You may choose to have a legal representative present at the Mediation, at your own expense. The Company will not have a legal representative at the Mediation if you do not.

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000425
Owusu-Ansah

## To start the Mediation process:

*Complete a Request for Mediation form, which is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO and from the Diversity & Workplace Fairness Office at (404) 676-3850 or toll-free at (800) 676-3850. After you've completed the form, return it to the Diversity & Workplace Fairness Office. A Program Manager will contact you to discuss next steps, which will include the selection of a Mediator.*

The Mediation and Arbitration steps of *Solutions* are available only for the resolution of "Legal Disputes." Legal Disputes are disputes involving legally protected rights, and can include:

   claims of discrimination, including claims based on race, sex, religion, national origin, age or disability

   claims of harassment, including sexual harassment

   claims for wages or other compensation

   claims of breach of contract

   claims of damage to person or property

14

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000426
Owusu-Ansah

# Step 5 – Arbitration

Arbitration, the last step in *Solutions*, is available only if Mediation has failed to resolve your Legal Dispute. Like a court process — but more informal and faster — Arbitration requires both parties to explain their sides of the Legal Dispute to a trained arbitrator, usually an attorney or a judge. The arbitrator then will make a decision to resolve the Legal Dispute, much like a judge would do in court.

After receiving the arbitrator's decision, you will have a choice: agree to the decision and end the Legal Dispute, or reject the decision and pursue other external options, including legal options.

If you agree to the arbitrator's decision, you and the Company will be bound by that decision. If you do not agree to the arbitrator's decision and choose not to be bound by it, the Company will not be bound by it either. Employees are limited to only one opportunity to resolve each Legal Dispute through Arbitration. The Company will pay the arbitrator's fees and expenses.

All rights and remedies available in a court proceeding also are available in Arbitration. The Arbitration process generally is much quicker than filing a lawsuit or going to a government agency, but Arbitration can take several months from start to finish.

You may choose to have a legal representative present at the Arbitration hearing, at your own expense. The Company will have an attorney present at all Arbitration hearings.

15

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000427
Owusu-Ansah



## To start the Arbitration process:

Complete a Request for Arbitration form, which is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO and from the Diversity & Workplace Fairness Office at (404) 676-3850 or toll-free at (800) 676-3850. After you've completed the form, return it to the Diversity & Workplace Fairness Office. A Program Manager will contact you to discuss next steps, which will include the selection of an Arbitrator.

### What's the Difference?

| Mediation | vs. | Arbitration |
|---|---|---|
| ■ Relatively informal discussion, assisted by a mediator who is a neutral third party | | ■ Relatively formal process that looks much like a court proceeding, with the arbitrator acting like a judge |
| ■ Parties can resolve the Legal Dispute by reaching their own agreement; the mediator merely guides the discussion | | ■ Parties tell their sides of the story to an arbitrator, who makes a decision to resolve the Legal Dispute |
| ■ Usually only one meeting, lasting an average of four hours | | ■ Can take several months from request to decision |

16

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000428
Owusu-Ansah



## Need More Information?

*For a more detailed description of Solutions, see The Coca-Cola Company Solutions Program Rules. This document, which will be controlling in all matters related to Solutions, is available on All About Me > Workplace > Employee Resolution Resources > Solutions on @KO, or you can request a copy through the Diversity & Workplace Fairness Office at (404) 676-3850, toll-free at (800) 676-3850 or via e-mail at solutions@na.ko.com.*



18

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000429
Owusu-Ansah