

## Performance Management Plan
### (Nonexempt)

| | | | |
|---|---|---|---|
| **Employee Name:** | Franklin Owusu-Ansah | **Job/Role:** | Monitoring Specialist |
| **Manager Name:** | Ginger Bissell | **Last 4 Digits of Employee's SSN #** | 0648 |
| **Performance Period:** | January thru December | **Year:** | 2005 |

**The Coca-Cola Company Mission**
To become the world's premier relationship company that markets and sells branded non-alcoholic refreshment.

**Six Strategic Priorities**

- **Accelerate** carbonated soft drink growth, led by Coca-Cola.
- **Selectively broaden** our family of beverage brands to drive profitable growth.
- **Grow** system profitability and capability together with our bottling partners.
- **Serve customers** with creativity and consistency to generate growth across all channels.
- **Direct investments** to highest potential areas across markets.
- **Drive efficiency** and cost effectiveness everywhere.
- **Enable our people** to create extraordinary results every day.

Overall Performance Rating:   SM

Plaintiff's Prod-0382

DEPOSITION EXHIBIT 7
Blumberg No. 5209

**Part I: The Whats**

| MANAGER | Ginger Bissell | | | DATE | 1/18/06 |
|---|---|---|---|---|---|
| Quality Monitoring Specialist | | Franklin Owusu-Ansah | | | |

### 2005 MONITORING SPECIALIST SCORECARD:

*Deliver 4-6 evaluations per associate per month by the established deadline.*

| | | | | SPEED/Monitoring Timeliness |
|---|---|---|---|---|
| Calls | >7 | CE | 100 | Rating |
| Calls | 7 | ME | 80 | SM |
| Calls | 4-6 | SM | 60 | |
| Calls | 3 | MS | 40 | |
| Calls | <3 | FM | 20 | |

*Schedule and Conduct 10 calibration meetings per department per year*

| | | | | QUALITY |
|---|---|---|---|---|
| Meetings | 11-12 | CE | 100 | Rating |
| Meetings | 10 | ME | 80 | CE |
| Meetings | 9 | SM | 60 | |
| Meetings | 8 | MS | 40 | |
| Meetings | 7 | FM | 20 | |

Plaintiff's Prod-0383

**Part II: The Hows**
Identify 2-3 critical competencies to demonstrate in order to achieve the objectives.

| Competency 1 Communicating Effectively | End of Year Rating |
|---|---|
| | SM |

**Key Actions (1 - 9)**

*Conveying information and ideas in a clear, meaningful, and timely manner; providing information to ensure understanding; solicits input from the audience during the communication.*
**Organizes the communication** – States the purpose and importance of the communication; stresses major points; sequences information.
**Holds others' attention** – Uses a variety of media and techniques (e.g., the inclusion of analogies, illustrations, body language, voice inflection, etc.) in order to engage the audience.
**Adjusts to the audience** – Considers the needs, experience, background, culture, and expectations of the audience when developing and delivering a communication.
**Listens and ensures own understanding** – When receiving communication, asks open-ended questions to seek input from communicator, checks own understanding, and summarizes message in different ways to enhance and ensure own understanding.

- Listens to ensure own understanding – In the process of supporting one of the managers I work with it became clear that email alone was not clarifying the situation at hand. I conferred with my manager who advised me to speak personally with the manager I was supporting. I spoke with the manger and was able to clarify feedback I had provided on an associates evaluation which resolved the issue. In order to address communication gaps and ensure my own understanding of issues at hand, I have resolved to ask open-ended questions to seek input from the communicator in all situations.

- Holds others attention – During sit with sessions with associates throughout 2005, I encouraged associates to take informed and calculated risks through analogies / examples on how to effectively approach and execute the Booster Point section of our Service Plus Customer Expectations. YTD Results: Inbound-Self Esteem (0-4.1%), Exceed Expectations (0-0.4%); CSS (0-1.3%, 0-0.3%); Order Management (0-0.1%, 0-0.5%) respectively for both areas for the departments. There is certainly room for improvement in 2006.

- Organizes the communication – A critical expectation for Quality Assurance Specialists is to sit with associates they support in order to stress the importance of delivering consistent and quality service to customers. Teleworking presented a significant challenge because it interfered with the constant proximity to associates which made frequent sit with's effective. I proposed devoting the rest of the day 2-3 times each month I chaired calibration sessions to sit with associates so I could continue to meet the expectation. Result: I was able to sit with all associates identified as candidates for sit with's in addition to those who expressly requested sit with sessions for some of the following reasons: address questions about the monitoring process, have questions about specific expectations answered, help with the identification of challenges and areas of improvement, build upon strengths, and overall service to customers. I was also able to deliver calibration sessions to accommodate all 12 months of the year.

**RESULTS (STARS) (Attach STAR feedback forms)**

Plaintiff's Prod-0384

| Competency 2 Problem Analysis | End of Year Rating |
|---|---|
| | SM |

**Key Actions (1 – 3)**

*Forming an opinion or making a decision through careful testing of assumptions and facts; taking action that is consistent with available facts, constraints, and probable consequences.*
**Identifies issues, problems and opportunities** – Recognizes issues, problems, or opportunities, and determines whether action is needed.
**Gathers data** – Collects and uses facts, as well as the perspective of others, that are relevant to understanding a specific situation or making a solid, timely decision.
**Interprets information** – Integrates information from a variety of sources; detects trends, associations, and cause-effective relationships; leverages both own experience and intuition in interpreting information.
**Generates alternatives** – Creates relevant options for addressing problems/opportunities and achieving desired outcomes.
**Chooses appropriate action** – Evaluates options by considering implications and consequences; chooses an effective option and implements decisions within a reasonable period of time.
**Involves others** – Includes others in the decision making process as warranted to obtain good information, make the most appropriate decisions, and ensure buy-in and understanding of the resulting decision.

- Generates alternatives - Currently conducting sitwith's with the whole CSS team to bring associates to par with monitoring expectations in lieu of refresher training in Service Plus or till such training can be organized.

- Generates alternatives – In a bid to address a flood of associate's questions and ease concerns about monitoring expectations (i.e. updates and revisions of definitions documents and customer service expectations), I jointly facilitated team meetings for the entire Inbound Group to clarify the expectations and address associates questions and concerns. The result has been an understanding and appreciation of the updated expectations, and a new process in which I host one on one phone or contact sessions with associates which enables attention to individual needs.

- Interprets information – I received a memo from the Inbound department seeking clarification and grounds for feedback I provided on an evaluation because the point I made in the feedback was not expressly stated in both the Definitions Document and Best Practices. I clarified the connection between Definitions Documents and Best Practices as complementary rather then mutually exclusive documents in the monitoring process hence my grounds for providing the feedback in question.

**RESULTS (STARS) (Attach STAR feedback forms)**

| Competency 3 Contributing to Team Success | End of Year Rating |
|---|---|
| | SM |

**Key Actions (1 – 3)**

*Actively participating as a committed member of a team and working with other team members to help complete goals and deliverables.*
**Shares Information** – Regularly shares information as a team member to keep other team members informed and up to date.
**Makes suggestions** – Suggests ways of achieving team goals or performing team functions more efficiently and effectively.
**Promotes team** – Publicly protects the reputation of the team to outsiders; promotes the group; shows personal commitment to the team.
**Offers assistance** – Readily volunteers to help other team members complete goals and deliverables.
**Completes assignments** – Finishes agreed upon tasks and/or assignments on time and with quality.

- Makes suggestions - Contributed to the development of a new and improved training program for Inbound by meeting with the Training Development Team and sharing monitoring expectations / brainstorming improvements such as relevant equipment training in current program

- Makes suggestions – During a routine request for a transfer through the 800 Coke pilot (in the 3rd qtr) I was fortunate to engage Glenn Bridgewater in a thorough dialogue with suggestions on how to effectively approach and execute the Booster Point section of our Service Plus Customer Expectations. Glenn wrote to her manager and copied me on how helpful my suggestions were. Here are the YTD results on Glenn's performance

**Self esteem: 1/05-9/05- 35.7%, 10/05-12/05 – 76.9%; Exceed Expectations: 1/05-9/05 – 7.1%, 10/05-12/05 – 7.7%**

- Complete assignments – Upon returning from a 5 day vacation in 10/05 I consistently completed monthly evaluations at least 24 hours ahead of schedule. Result: I did not have to use the customary overtime (equivalent to time off) needed to bring monitors up to par with deadlines.

**RESULTS (STARS) (Attach STAR feedback forms)**


Plaintiff's Prod-0385

**Part III: Mid Year Review**

| Mid Year Review | |
|---|---|
| **Date:** 8/29/05 | |
| **Employee Comments:** | |
| **Manager's Comments:**<br>Franklin has performed on track with all objectives at this point. He has worked very closely with the management teams he supports to ensure a smooth transition to Service Plus. Franklin should continue to work directly with employees during sit withs to ensure their understanding of the Service Plus objectives. | |
| **Employee's Objectives/ Competencies:** | Not on Track ☐<br>On Track with Some ☐<br>On Track with All ☐ |
| **Employee Signature** | **Date** |
| **Manager's Signature** | **Date** |

**Part IV: End of Year Review**

| End-of-Year Review | |
|---|---|
| **Date:** 1/18/06 | |
| **Employee Comments:**<br><br>✗   *[signature]* | 3/7/06 |
| **Employee Signature** | **Date** |
| Your signature indicates acceptance of, not necessarily agreement with the data contained in this document. Pursue the appropriate channels to appeal issues related to the Performance Management process. | |
| **Manager's Comments:**<br>Franklin has demonstrated consistently the value that he brings to the Quality Assurance Specialist position and department. He continually is focused on delivering quality evaluations and continues to work with the departments he supports to ensure consistent evaluations and feedback. Franklin should continue to work on increased communications with the team's he supports and the support of the QAS Team.<br>*[signature]* | 3/7/06 |
| **Manager's Signature** | **Date** |
| **Overall Rating:  SM**<br>*[signature] Constance C Holmes* | 4/1/06 |
| **Reviewing Authority Signature** | **Date** |
| I have reviewed this assessment to ensure consistency and fairness in the performance management process. | Plaintiff's Prod-0386 |

| **Performance Ratings: Objectives (the "WHATs")** | |
|---|---|
| **Consistently Exceeds – CE:** | Results <u>significantly</u> exceed the agreed upon measure of the stated objective(s). Results add <u>significant</u> value beyond the scope of the current role. |
| **Meets and Exceeds – ME:** | Results <u>consistently meet and frequently</u> exceed the agreed upon measure of the stated objective(s). Results add value <u>beyond</u> the scope of the current role. |
| **Successfully Meets – SM** | Results <u>consistently meet and may occasionally</u> exceed the agreed upon measure of the stated objective(s). Results add value expected in the <u>current role</u>. |
| **Meets Some – MS** | Results <u>meet some but not all of the objective(s)</u> and the value added is not consistent with what is expected in the current role. Performance is somewhat <u>inconsistent and more than normal direction</u> on job responsibilities and objectives is required. Performance <u>improvement is necessary.</u> |
| **Fails to Meet – FM** | Results <u>frequently do not meet the stated objective(s)</u>. Performance requires <u>frequent monitoring and substantial direction</u> from the manager. A performance improvement plan must be developed and sustained. Significant improvement must be immediately demonstrated. |

| **Performance Ratings: Competencies, Skills and Knowledge ("HOWs")** | |
|---|---|
| **Consistently Exceeds – CE:** | Consistently <u>role models</u> these behaviors and/or <u>coaches</u> others. Demonstrates well-developed expertise in applying these competencies to get outstanding results. |
| **Meets and Exceeds – ME:** | <u>Frequently</u> demonstrates these competencies and an <u>advanced ability</u> in applying skills and knowledge in order to achieve and exceed results. |
| **Successfully Meets – SM** | Demonstrates competence and applies skills and knowledge to achieve expected results. |
| **Meets Some – MS** | Observable <u>gaps</u> exist with <u>a limited ability</u> to apply some critical competencies, skills, and knowledge areas to achieve expected results. Further development is required to be successful. |
| **Fails to Meet – FM** | Demonstrates few behaviors and <u>very limited ability</u> in applying critical competencies for achieving expected results. Significant improvement is required in order to be successful. |

Plaintiff's Prod-0387