

January 28, 2008

Mr. Franklin Owusu-Ansah
545 Dallas Street
Hiram, GA 30141

Dear Franklin,

The purpose of this letter is to address some of the Company's observations and concerns relative to your behavior in the workplace, along with the results of your recent discussion with our consultant. Your actions have resulted in the Company requiring you to complete an evaluation to identify whether there are any issues that could represent a risk to the safety of others in the workplace. In addition, full compliance with the terms outlined in this memo is a condition to your continued employment with the Company. The terms include the following:

- You will be required to comply with potential recommendations as required by the evaluation.

- You will be required to release all information associated with the completion of this counseling.

- Any retaliatory actions taken against any employee of the Company will result in immediate termination.



CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000183
Owusu-Ansah

Mr. Franklin Owusu-Ansah
January 28, 2008
Page 2 of 2

You understand that failure to comply with any of the above conditions or failure to comply with all aspects of the Company's Safe Workplace Policy will subject you to immediate termination.

The company is interested in assisting you and supporting you in this process. Please contact me at 404-887-2738 should you have any questions.

Regards,

*Melissa J. Welsh* (signature)

Melissa J. Welsh
Sr. Human Resources Manager

Agreed: FRANKLIN Owusu-Ansah  Date: 2/01/08

Melissa,

Though I agree to see a psychiatrist, I want to clarify I have never been the subject of any behavioral concerns in the workplace at the Coca-Cola Company and have never represented a risk to the safety of others in the workplace. I have never been cautioned or written up for any such concerns in the workplace because it has never happened. I appreciate the company's interest in assisting and supporting me as you stated in your letter and all I desire is to work in an environment free of threats, coercion, and intimidation, and entrapment. I want to work in peace as all employees should deserve in the workplace and look forward to the next appointment Marc Merkel schedules for me. Thank you. FRANKLIN Owusu-Ansah.

CONFIDENTIAL - Subject to Protective Order

Coca-Cola 000185
Owusu-Ansah