Windows Live™

**RE: Voice mail for Psychological evaluation**
From: **Franklin Owusu-Ansah** (frowusuansah@hotmail.com)
Sent: Tue 3/11/08 7:03 PM
To: mmcelhan@aol.com

Marc,

I have no problem filling a questionnaire, but I have to be given a reason for seeing a psychiatrist
What are the behavorial problems?
What are the threats I pose to my work environment?
How did these issues arise and when?
and how do they relate to a reimbursement of my purchased vacation and being threatened when I am on the job?

I have nothing to hide and can provide proof of my concerns, Coca-Cola should accord me the same courtesy.

I have a responsibility to myself and the Coca-Cola Company to make such a request for the record, and Coca-Cola can request the same of me.

Franklin.

---

> To: frowusuansah@hotmail.com
> Subject: RE: Voice mail for Psychological evaluation
> From: mmcelhan@aol.com
> Date: Tue, 11 Mar 2008 14:47:00 -0400
>
> Franklin, You have already agreed to see the psychiatrist and have done so, after multiple delays. You still have to decide if you intend to complete the last phase of this process, and fill out the questionnaire, as requested by the psychiatrist. You cannot return to work without that. I will need your answer: yes or no.
>
> Marc McElhaney, Ph.D.
> 404.870.9777  404.441.5793 (cell)
>
> -----Original Message-----
>
> From: Franklin Owusu-Ansah <frowusuansah@hotmail.com>
> Subj: RE: Voice mail for Psychological evaluation
> Date: Tue Mar 11, 2008 2:08 pm
> Size: 3K
> To: <mmcelhan@aol.com>
>
> Marc,
> The HR manager never gave me a reason for this process. The letter I received from Melissa Welsh said "is to address some of the Company's observations and concerns relative to your behavior in the workplace, along with recent discussion with our consultant. Your actions have resulted in the Company requiring you complete an evaluation to identify whether there are any

DEPOSITION
EXHIBIT
29
Blumberg No. 5209

Plaintiff's Prod-0121

issues that could represent a risk to the safety of others in the work place..." with accompanying terms.
> i) HR never specified the Company's observations, concerns, or behaviors that represent a risk to the safety of others in the work place
> ii) I have never been given any reason medical or otherwise whyI needa psychiatrist
> iii) andthis process has been going on under duress:the threat of termination if I do not comply with the terms stated in HR's letter
> iv)I have eight years ofsemi annual and annualperformance reviews with the Coca-Cola Company without reference to misconduct, behavioral or otherwise.
>
> No one has provided me with proof of any problem or concern in writing,
> No one has addressed the issues that began this process: a request for reimbursement of my 2006 purchased vacation I did not take, anda halt to the verbal threats I have to constantly put up with over the years in the work environment, or how these two requests during a routine one on one with my manager require a psychiatric evaluation or constitute abehavioral issue or threat to any one in mywork environment.
>
> So you see how it is difficult for me to have any confidence in the process I am beingput through.
>
> Franklin.
>
>
> From: MMcElhan@aol.com
> Date: Tue, 11 Mar 2008 10:56:10 -0400
> Subject: Re: Voice mail for Psychological evaluation
> To: frowusuansah@hotmail.com
>
> Franklin, My understanding is that you have received this from the HR Manager, in writing. I am complying with your wishes to put this in emails. Please complete this process so that we can resolve this issue. There have been many delays, and I am attempting to get this resolved as quickly as possible. I have an appointment set up for you at 3pm today, which will conclude your evaluation, which has to happen if you are to return to work.
>
>
> Marc McElhaney, Ph.D.
> Critical Response Associates, LLC (www.craorg.com)
> P.O. Box 29644, Atlanta, GA 30359
> 404.870.9777. 404.441.5793 (cell), 404.982.1667 (fax)
> email: mmcelhan@aol.com
>
>
>
> **************
> It's Tax Time! Get tips, forms, and advice on AOL Money & Finance.
> (http://money.aol.com/tax?NCID=aolprf00030000000001) Shed those extra pounds with MSN and The Biggest Loser! Learn more. =
>

Connect and share in new ways with Windows Live. Get it now!

Plaintiff's Prod-0122