Windows Live™

## RE: Voice mail for Psychological evaluation

**From: Franklin Owusu-Ansah** (frowusuansah@hotmail.com)
Sent: Sat 3/15/08 9:51 AM
To: mmcelhan@aol.com

I have given my response and addressed the issue.

Franklin.

---

From: MMcElhan@aol.com
Date: Thu, 13 Mar 2008 11:49:51 -0400
Subject: Re: Voice mail for Psychological evaluation
To: frowusuansah@hotmail.com

Franklin,
My response to you will be the same.
The company has told me that they have sent all that they are going to send to you regarding your
referral to a psychiatric evaluation.
The HR Manager has looked into and is continuing to look into your expressed concerns.
Neither you nor I can get information about Dr. Riddell's evaluation until he completes it. He
requires this questionnaire to complete it.
I will not schedule this appointment unless you tell me that you will go to it and will sign the
necessary forms and complete the questionnaire once you go. I do not want a repeat of the first visit
to Dr. Riddell, which we had to reschedule. Since you have already agreed to cooperate with this
process, these delays seem unnecessary and are interfering with the process of returning you to
work and getting your concerns resolved.
Once again, should I set this appointment for you or not? If I do not hear an affirmative response in
your next email, I will assume that you will not, and will pass that information along to the company.

Regards,

*Marc McElhaney, Ph.D.*
*404.870.9777. 404.441.5793 (cell), 404.982.1667 (fax)*
*email: mmcelhan@aol.com*

***************
It's Tax Time! Get tips, forms, and advice on AOL Money & Finance.
(http://money.aol.com/tax?NCID=aolprf00030000000001)

---

Do more with your photos with Windows Live Photo Gallery. Get Windows Live-Free

DEPOSITION
EXHIBIT
*31*
Blumberg No. 5209

Plaintiff's Prod-0125