THE BEHAVIORAL INSTITUTE OF ATLANTA, LLC

CHILD, ADOLESCENT, ADULT, MARRIAGE & FAMILY THERAPY
PSYCHOLOGICAL & PSYCHOEDUCATIONAL EVALUATIONS
ADHD, POST TRAUMATIC STRESS/TRAUMA
PARENT TRAINING & EDUCATION, DIVORCE AND ADOPTION COUNSELING
DEPRESSION, ANXIETY & PHOBIA TREATMENT, STRESS MANAGEMENT
GROUP THERAPY, SOCIAL SKILLS GROUPS
TUTORING FOR STUDY SKILLS AND LEARNING STRATEGIES

## ADULT INTAKE INFORMATION

STEPHEN W. GARBER, PH.D.
LICENSED PSYCHOLOGIST

MARIANNE DANIELS GARBER, PH.D.
EDUCATIONAL CONSULTANT

BRENDA MOSS GALINA, PH.D.
EDUCATIONAL CONSULTANT

SHARON R. WEXLER, L.C.S.W.
LICENSED CLINICAL SOCIAL WORKER

PAMELA G. DORSETT, PH.D.
LICENSED PSYCHOLOGIST

J. FRANK BATKINS, PH.D., ABPP
LICENSED PSYCHOLOGIST

ANTHONY C. LEVITAS, PSY.D.
LICENSED PSYCHOLOGIST

CAROLINE L. SHERRILL, PH.D.
LICENSED PSYCHOLOGIST

BETH M. SEIDEL, PSY.D.
LICENSED PSYCHOLOGIST

AMY E. WILSON, PH.D.
LICENSED PSYCHOLOGIST

MARY HELEN HUNT, PH.D.
LICENSED PSYCHOLOGIST

DEBBIE BUCHMAN, ED.S.
PSYCHOMETRIST

NATALIE COLLINS, M.ED.
LEARNING SPECIALIST

### GENERAL INFORMATION:

Name: Franklin Owusu-Ansah   Date: 11-20-08
Address: 545 Dallas Street
City: Hiram   State: GA   Zip: 30141
Home Phone: (770) 222-9844   Work: (404) 887-4196
Cell Phone: ( )   E-Mail Address: frowusuansah@hotmail.com
DOB: 12/18/1967   Age: 41   SS# 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
Sex: X M ___ F   Marital Status: Decline
Notify in case of emergency:
Name: Richard Akins
Address: 1045 Blair Bridge Road
City: Austell   State: GA   Zip: ___
Home Phone: (770) 732-6211   Work: ( )
Relationship to you: Cousin
Type of services sought: MMRI Evaluation

### RESPONSIBILITY FOR PAYMENT

Clients who carry Health Care Insurance should remember that professional services are rendered and charged to the Client and not to the Insurance carrier. All Clients are expected to take care of their fees as services are rendered (unless other arrangements are made with the therapist you are seeing). This office cannot accept responsibility for collecting your insurance claim or for negotiating a settlement on a disputed claim. Any special arrangements must be discussed in advance with the therapist. All cancellations require a 24-hour notice; otherwise, your account will be charged.

CENTURY SPRINGS WEST
5000 LAKE FORREST DRIVE
SUITE 103
ATLANTA, GEORGIA 30328
(404) 256-9325
FAX (404) 256-3662


DEPOSITION EXHIBIT 34

Plaintiff's Prod-0003

If person responsible for bill is different from client, please indicate:
Name: __COCA-COLA COMPANY__
Address: __DUNWOODY, ATLANTA, GA__
SS#: ____

Home Phone: (    ) ____     Work Phone: (    ) ____

Who referred you to our office:
__DRS RIDDELL & McELHANEY__
Name

____
Street

____
City       State       Zip

Their telephone: (    ) ____
Reason for Referral: __ASKED TO TAKE AN MMPI EVALUATION__

Occupation: ____

Do you have Insurance? Yes __X__  No ____  If so, give:

Name of Company: __UNITED HEALTH CARE__
Address: ____

Group # __T95732__       Policy # __802368935__

Family History:

Marital Status: Married ____ Single __()__ Divorced ____ Cohabitating ____
Previous Marriage (s): __DECLINE ANSWER__
Dates: ____
Children: __TWO__
Who currently resides in your home? __YES__
If divorced, what are the custody arrangements? ____

Plaintiff's Prod-0004

## GENERAL HEALTH

Medical History:
Circle below the description which best describes your health:
1. **Excellent** (circled)
2. Good
3. Fair
4. Poor

Date of your most recent physical exam: 2-29-08
Physician's name and address: DR PETER DIAZ
PIEDMONT HOSPITAL PROFESSIONAL BLDG 35 COLLIER RD NW SUITE 425
ATLANTA, GA 30309
Physician's Telephone: (404) 350-0779
Pertinent findings: _____

Have you or are you being treated for any medical problems? Please check if any apply to you:

Irritable Bowel Syndrome
Cancer
Diabetes
Epilepsy
Heart Problems
Thyroid
Head Injury
Stroke
Myasthenia Gravis
Multiple Sclerosis
Bronchial Asthma
Hypertension
Fibromyalgia
Chronic Fatigue Syndrome
Migraine
Dementia
Addiction
Other (please list)

(All crossed out with diagonal line through the blanks)

Are you taking any medications now? Yes ____ No X
If so, list them: _____

Do you smoke? Yes ____ No X   If so, state duration and frequency
_____

Plaintiff's Prod-0005

Do you use alcohol? Yes _____ No __X__ If so, state duration and frequency
MAY DRINK BAILEYS ON OCCASION ONCE IN A BLUE MOON.

Do you or have you in the past used drugs or had a problem with substance abuse?
Yes _____ No __X__ If so, state duration and frequency _____

Do you drink caffeinated drinks? Yes __X__ No _____ If so, state duration and frequency: OCCASIONALLY

Are you allergic to anything? Yes _____ No __X__ If so, list: _____

Have you ever had major surgery? Yes __X__ No _____ If so, list and give dates:
APPENDECTOMY

History of abuse (emotional, physical, sexual)? Yes ____ No __X__ If so, please inform duration and frequency _____

Have you ever had: (please give date and details)
  A. High fever:    ⎫
  B. Head injury:   ⎬  N/A
  C. Seizures:      ⎭

Family Health: (List family members by name, age, relationship, and any pertinent medical or psychological problems. For deceased family members, list the cause of death)

| NAME | AGE | RELATIONSHIP | PERTINENT PROBLEMS |
|------|-----|--------------|--------------------|
|      |     | N/A          |                    |

Present psychological difficulties: Please check if apply to you.

Depression _____ NO
Thoughts of suicide _____ NO
Anxiety _____ NO
Problems with eating _____ NO
Sleep problems _____ I USE A CPAP MACHINE FOR APNEA
Problems with controlling your temper ___ NO
Problems with marriage/family _____ NO

Plaintiff's Prod-0006

Problems with job _Reported persisted threats and requested reimbursement of purchased vacation which began this process._
Interpersonal problems _No_
Legal situation _No_
Financial problems _No_
Problems with intimacy _No_
Other (please list) _No_

What do you wish to accomplish (what are your goals) in treatment?
_I HAVE NOT BEEN GIVEN A REASON FOR THIS FIRST EVALUATION._

### INFORMED CONSENT FOR PSYCHOLOGICAL SERVICES:

_I WAS ORDERED BY MY EMPLOYER TO SUBMIT TO THE EVALUATION_
I hereby voluntarily apply for and consent to psychological services by _DR LEVITAS_. This consent applies to myself, ward, or client named below. Since I have the right to refuse services at any time, I understand and agree that my continued participation implies voluntary informed consent.

I understand that the potential benefits of undergoing psychological services may include obtaining a professional opinion, reduction of my psychological symptoms, and an increased understanding of myself. I understand that potential risks may include predictive validity of psychological assessment (when applicable), possible disagreement with the opinions offered to me, and possible emotional distress when addressing my situation. I understand that alternative procedures include services provided by another psychologist, a psychiatrist, or another mental health professional. I understand that I may ask for a referral to another mental health professional if I am not satisfied with the progress of my treatment.

I understand and agree that my disclosures and communications are considered privileged and confidential except to the extent that I authorize a release of information, or under certain other conditions listed below: (1) where abuse or harmful neglect of children, the elderly, or disabled or incompetent individual is known or reasonably suspected; (2) where the validity of a will of a former patient is contested; (3) where such information is necessary for the psychologist to defend against a malpractice action brought by the client; (4) where an immediate threat of physical violence against a readily identifiable victim is disclosed to the psychologist; or (6) where the client, by alleging mental or emotional damages in litigation, puts his/her mental state at issue; (7) where I am in danger of harming myself by suicidal behavior; and (8) where the client is examined pursuant to a court order. I hold _DR. LEVITAS_ harmless for releasing information under the above conditions.

_[signature]_ Signature   _3-20-08_ Date

_FRANKLIN OWUSU- ANSAH_ Name of Client

Plaintiff's Prod-0007

## PERMISSION FOR RELEASE OF INFORMATION

This release of information is for the purpose of allowing your therapist to contact another person/professional.

I do hereby request and authorize: __DR LEVITAS__
(Therapist's Name)

to release and discuss the results of my evaluation and/or treatment and to obtain information relevant to my treatment from:

__N/A__

Covering dates of service:
From (date) __3-20-08__ to (date) __TILL CONSULTATION IS OVER.__

Signature of Client: __[signature]__
Signature of Professional: _____

Date: __3-20-08__

I REQUIRE THE FOLLOWING
i) A copy of my completed evaluation before it is scored
ii) A copy of the results of my evaluation
iii) Who the results are shared with and why.

Plaintiff's Prod-0008