# SHEPPARD & ASSOCIATES LAW OFFICE, P.C.

455 Park Avenue, S.E.
Atlanta, Georgia 30312

(404) 622-5777
(404) 622-5577 Fax

*RECEIVED APR 23 2008 EEOC-ATDO*

## EEOC CHARGE NO. 410 2008 03460

## EEOC CHARGE ON BEHALF OF COMPLAINANT

| NAME *(Indicate Mr., Ms., Mrs.)* Mr. Franklin Owusu-Ansah | | DATE OF BIRTH 12/18/67 |
|---|---|---|
| STREET ADDRESS 545 Dallas Street | CITY, STATE AND ZIP CODE Hiram, GA 30141 | TELEPHONE *(Include Area Code)* (770) 222-9844 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST CLIENT *(If more than one list below.)*

| NAME The Coca-Cola Company | NUMBER OF EMPLOYEES, MEMBERS   >500 | TELEPHONE *(Include Area Code)* (404) 676-5151 |
|---|---|---|
| STREET ADDRESS 8601 Dunwoody Place, Suite 600 | CITY, STATE AND ZIP CODE Dunwoody, GA 30350 | COUNTY DeKalb |
| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate Box(es))* ☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN  ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER(Specify) | DATE DISCRIMINATION TOOK PLACE *EARLIEST       LATEST* June 2002 ☒ CONTINUING ACTION |
|---|---|

I.

Mr. Owusu-Ansah is a Ghanaian-American male who began working for Coca-Cola around November 1999.
Around May 2002, Mr. Owusu-Ansah requested vacation for June to take courses for his MBA. The vacation was approved by his manager, Ms. Carmen Rodriquez (Hispanic-American female). A few days before the start of the vacation Ms. Rodriquez told him even though he was on vacation she still expected his job to be done or else she would terminate his employment. As a result of this, Mr. Owusu-Ansah had to drop a course in order to come in to work some days during his vacation time.

Around January 2003, Mr. Owusu-Ansah requested vacation time for June to take courses for his MBA and it was approved by Ms. Rodriquez. The day before the start of the vacation, Ms. Rodriquez told Mr. Owusu-Ansah she didn't care that she had approved his vacation. He had to make a choice between his job and his education. She would terminate his employment if his



EEOC 000014
Owusu-Ansah

job was not done at the end of his vacation. Therefore, Mr. Owusu-Ansah went to the Ombuds Office to file a complaint. They verbally instructed Mr. Owusu-Ansah to take his vacation and also told him they would investigate after he returned from vacation. Despite this, Mr. Owusu-Ansah still came to work some days to make sure his job was completed. When his vacation was over, the investigation started and subsequently, Ms. Rodriquez no longer worked for Coca-Cola. Tracy Cole (Caucasian female), the VP for employee resolution, verbally told Mr. Owusu-Ansah that Ms. Rodriquez was gone and wouldn't be a bother to anybody any more.

After the departure of Ms. Rodriquez, management continuously created a hostile working environment for Mr. Owusu-Ansah. For instance, a co-worker named Xavier Holland (African-American male), in a fit of unprovoked anger, told Mr. Owusu-Ansah the management had shared with Mr. Holland that they were waiting for Mr. Owusu-Ansah to make a mistake so they could fire him, that he would never get a promotion there, that if he wanted to make use of his MBA he should go somewhere else, that he thought he knew everything, and that all he does was get managers fired. Therefore, around August 2005, Mr. Owusu-Ansah went to the Ombuds Office to file a complaint Despite making this complaint, the harassment continued.

Around November 2006, Mr. Owusu-Ansah requested reimbursement for his purchased vacation through his manager, Ms. Brenda Weathersby (African-American female). Around June 2007, he followed up on the request and it was denied by Ms. Weathersby. Around November 2007, in a meeting with his current manager, Ms. Tanika Cabral (African-American female), Mr. Owusu-Ansah brought up the outstanding issue of his 2006 purchased vacation still not being reimbursed. He also brought up concerns about the continued hostile work environment. The latest incident was a statement made by Pat Krowitz (Caucasian male), the director of national customer support, to the administrative assistant to the Vice President, "What the hell is this boy still doing here? Why has he not been fired yet?"

Ms. Cabral instructed Mr. Owusu-Ansah go to Human Resources. Human Resources brought in a consultant, Mr. Marc McElHaney (Caucasian male), to investigate his concerns. Mr. McElHaney determined Mr. Owusu-Ansah worked in a stressful environment and recommended he go home on paid leave until Mr. McElHaney investigated his concerns and recommended a resolution to the company. While on leave, on January 28, 2008, Coca-Cola mandated Mr. Owusu-Ansah see a psychiatrist or be terminated. Mr. Owusu-Ansah repeatedly asked for Coca-Cola's reason for sending him to a psychiatrist, but Mr. Owusu-Ansah never received any specific reasons from Coca-Cola. Despite this, Mr. Owusu-Ansah saw the psychiatrist around January 14, 2008. Coca-Cola sent another letter mandating Mr. Owusu-Ansah see the psychiatrist again. He saw the psychiatrist again around February 20, 2008. The psychiatrist told Mr. Owusu-Ansah to follow up with a psychologist. On March 14, 2008, Coca-Cola sent Mr. Owusu-Ansah a letter placing him on leave without pay, and stating if he did not see the psychologist by April 1, 2008, they would consider him to have voluntarily resigned and his employment would be terminated. Thus, Mr. Owusu-Ansah saw the psychologist around March 20, 2008, as scheduled.

On April 15, Mr. Owusu-Ansah discovered he did not receive his semi-monthly pay via direct deposit. When Mr. Owusu-Ansah contacted payroll, they told him to contact Human Resources. When he contacted Human Resources, they directed him to reference the March 14, 2008 letter stating he had been placed on leave without pay because he had not complied with his evaluation. Despite Human Resources being made aware of Mr. Owusu-Ansah's March 20, 2008 compliance, they still kept him on leave without pay status and withheld his pay without any notification.

II.

Based on the above statements, Mr. Owusu-Ansah feels he has been discriminated against on the basis of his race, sex, national origin and retaliation, in violation of Title VII, 42 U.S.C. §2000e, et seq.

- To Mr. Owusu-Ansah's knowledge, no Caucasian employee was mandated to see a psychiatrist or psychologist upon threat of termination.
- To Mr. Owusu-Ansah's knowledge, no female employee was mandated to see a psychiatrist or psychologist upon threat of termination.
- To Mr. Owusu-Ansah's knowledge, he is the only Ghanian-American employee to have been mandated to see a psychiatrist or psychologist upon threat of termination.
- It is Mr. Owusu-Ansah's belief that he is being retaliated against for Ms. Carmen Rodriguez's departure and for complaining about his hostile working environment conditions.

III.

For the foregoing reasons, Mr. Owusu-Ansah respectfully requests the EEOC investigate his allegations against Coca-Cola North America.

"I, Franklin Owusu-Ansah, under penalty of perjury state that the foregoing is true and correct and that this would be my testimony if called upon to testify in court."

EXECUTED on _April 21_, 2008.

_____
FRANKLIN OWUSU-ANSAH, DECLARANT


Respectfully submitted this 21st day of April, 2008,

SHEPPARD & ASSOCIATES

_____
SANDRA JACKSON SHEPPARD
Georgia Bar No. 641967
455 Park Avenue, S.E.
Atlanta, Georgia 30312
(404) 622-5777
(404) 622-5577 Fax
E-mail: sheppardatty@bellsouth.net

# SHEPPARD AND ASSOCIATES
## Attorneys & Counselors at Law

455 Park Avenue, S.E.  
Atlanta, Georgia 30312

(404) 622-5777  
(404) 622-5577 Fax

April 21, 2008

**VIA CERTIFIED MAIL NO. 7007 0710 0001 1425 4841**

Ms. Mary L. Scott, Supervisor  
**EEOC, Charge Receipt/Technical**  
  **Information Unit**  
100 Alabama Street, SW, Suite 4R30  
Atlanta, GA 30303

　　　　RE:  Franklin Owusu-Ansah, Complainant

Dear Ms. Scott:

　　　　Please file the enclosed EEOC Charge on behalf of my client, Franklin Owusu-Ansah, and return the extra copy stamped "Received" to me in the enclosed self-addressed and stamped envelope. Thank you.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　SANDRA JACKSON SHEPPARD  
　　　　　　　　　　　　　　　　　　Attorney & Counselor at Law

SJS/lrv  
Enc:as



EEOC 000017  
Owusu-Ansah