**Sandra Sheppard**

**From:** Franklin Owusu-Ansah [frowusuansah@hotmail.com]
**Sent:** Friday, April 04, 2008 9:09 AM
**To:** sheppardatty@bellsouth.net
**Subject:** FW: Delivery Status Notification (Failure)
**Attachments:** My Ongoing Traumatic Experience at Coca.doc; details.txt

Ms. Sheppard,

I am forwarding the requested information, I provided other documents requested yesterday, and will follow up with more next week.

Thank you.

Franklin.

---

From: postmaster@mail.hotmail.com
To: frowusuansah@hotmail.com
Date: Thu, 3 Apr 2008 06:47:32 -0700
Subject: Delivery Status Notification (Failure)

```
This is an automatically generated Delivery Status Notification.

Delivery to the following recipients failed.

       shepparddatty@bellsouth.net
```

--Forwarded Message Attachment--
From: frowusuansah@hotmail.com
To: shepparddatty@bellsouth.net
Subject: Requested document
Date: Thu, 3 Apr 2008 13:47:21 +0000

Ms. Sheppard,

Here is the document you requested. I will follow up with the hard copies of others you requested today.

Plaintiff's Prod-0156

Thank you.

Franklin.

---

More immediate than e-mail? Get instant access with Windows Live Messenger.

---

More immediate than e-mail? Get instant access with Windows Live Messenger.

My Ongoing Traumatic Experience at Coca-Cola's Customer Communications Center

Jan 08

1/29/08: Response to Melissa Walsh of sudden allegations of the risk I pose to the work environment.

Melissa,

I am writing to confirm receipt of the explanation for seeing a psychiatrist. Yes, I have made a passionate request to Marc Merkel for an explanation in writing for seeing a psychiatrist, it is essential to ensure **transparency, understanding, an adherence to the facts for which the process was began,** and of the processes I am being asked to undergo. Seeing a psychiatrist must never be taken lightly under any circumstances. This process began because I expressed concerns about hostility in my work environment and denial of benefits during my one on one with my manager Tanika Cabral and not the result of my conduct in the work place or posture to the work environment. The issue of seeing a "doctor" was initially raised by Marc Merkel as an avenue to access the feasibility of my return to work in light of my concerns, and then it evolved to my concerns being perceptive because they could not be corroborated, now in writing it has become the Company's observation of my behavior in the work place and risk to others in the work place. I found out the "doctor" was a psychiatrist when I called to schedule my appointment hence my request for a written explanation. For example your correspondence indicates a concern about my behavior in the work place and potential risk to others in the work environment. This has never been an issue in all the years I have been at the Coca-Cola Company and the purpose of this process must not be lost in writing. On the contrary, the first time I followed thru on my abuse in the work place led to Ted Williamson the Umbuds and Traci Kohl the then Vice President of Employee Resolution for The Coca-Cola Company so my concerns are not perceptual.
I was taken aback by the reference to the Company's observations and concerns relative to my behavior in the work place and results of discussions with Marc Merkel.

- I have always been consistent with Marc in requesting written documentation of any process I have been asked to undertake from the beginning of the consultation with him and for the reasons stated earlier.
- I have never misconducted myself in any endeavor at the Coca-Cola Company and not engaged in any behavior unbecoming of the work place.
- I have never engaged in any action or conduct that represents or will represent a risk to the safety of myself or others in the work place.
- I have worked at Coca-Cola since 11/1999 and it has never been brought to my attention that I have misbehaved or been a risk to myself, others, and the work environment.
- If Marc's initial request to see a "doctor" was due to concerns about my behavior and potential risk to the work environment that position should have been stated honestly and justified in writing from the beginning.

It is imperative I address and clarify these concerns and observations raised in your correspondence to set the record straight to ensure this process is not subverted in translation and nothing inaccurate is appended to my records at The Coca-Cola Company; it is also unfortunate that all of a sudden I have become a threat to the work environment after voicing my concerns about the same environment. I have nothing to hide or reason to pose a risk to my work environment, hence my passionate request for all processes I am asked to engage in to be in writing as I have done.
This dialogue vindicates my passionate request for a written confirmation of the process to prevent the lapses of the past (e.g. Corroboration of my concerns, or the present situation where my concerns about the environment I work in has suddenly become The Coca-Cola Company's concerns about my behavior and risk to the work environment); and ensure **transparency, understanding, an adherence to the facts for which the process was began** from now on.

Thank you.

**I did not send this letter and another addressed to United Health Care to stop condoning the fishing expedition by Coca-Cola against me because I realized I would not get anywhere without professional help from an attorney.**

**1/28/08:** Marc Merkel the consultant dealing with my case has called me twice today insisting I have to see a psychiatrist because my complaint of a hostile work environment, denial of benefits, threats and coercion on the job are perceptual. I made the decision today that enough was enough and will follow up with the EEOC in Atlanta tomorrow 1/29/08.

**1/14/08:** I went for the doctor's appointment and found out I was sent to see a psychiatrist. I informed the psychiatrist Dr. Riddell I was not given any reason or grounds in writing why I should see a psychiatrist, I had already discussed my concerns with the company and a consultant and was waiting for the results of the consultants investigation of my concerns and a recommendation so I had nothing to add for him and would also not authorize a release of any information of my meeting with him under any circumstances. Dr Riddell requested I inform Marc Merkel of my decision and I did by phone. Marc then informed me he had spoken to HR about my concerns and they could not be corroborated and as such he concludes they were perspective. I asked Marc to send my copy of his investigation, conclusion, and recommendation, and I will follow up with an email to Michelle Welsh the HR rep associated with my case with a formal request for the results of Marc Merkel's investigation tomorrow 1/15/07.

I have made several attempts to get my current status (leave of absence with pay) in writing. I sent an email to my current manager to be forwarded to Michelle Welsh (HR), I followed up personally on 12/31/07 to the Dunwoody campus to personally request the letter from Michelle but no on in HR was available, I also followed up by phone with Michelle 1/3/08 and Michelle said she would contact Mark (the consultant) and get back

Plaintiff's Prod-0158

in touch. Michelle has not but Mark called to say the delay was due to the holidays and he was also looking for a doctor for me to follow up with to review my stress level.

**Dec 07**
Answers to the following questions

- Barriers to success & proposed resolutions: Candid discussion about work environment
- What steps have you taken to move closer to your career goals? Requires a candid discussion about work environment

On pre meeting questionnaire for monthly One on one meeting with my manager (Tanika Cabral) prompted a discussion of my concerns at The Coca-Cola Company. This led to a follow up with HR and discussion of my concerns with a consultant to the Coca-Cola Company. I am put on paid leave12/19/07 at the end of the meeting with HR/the consultant and told I will be notified of further developments after the consultant completes an investigation of my concerns.

**July 07**: documenting repeat subtle forms of harassment from Wesley Lackey when sitting in feedback sessions with associates. Latest incident prompting this write up was because I got fed up with the repeated peek a boos while sitting with associates. I asked Wesley while sitting with Jessica Edwards if he needed to talk to me or if there was an issue because of his repeated peeks at us during the sit with. He did not utter a word and withdrew. Wes has been the main proponent of this form of harassment but others have taken part (Pam Cooper, Jimmie Mitchell, and Farrolyn Caver). It is not the norm for managers or other associates to be making frequent sheltered" peeks at associates while they are diligently performing their duties at the Customer Communications Center.

**June 07:** Followed up on vacation reimbursement which I signed and gave to my then manager B. Weathersby on 11/20/06 before due date 12/1/06. Followed up after several months wait because of negative experience from previous years reimbursement (humiliated by manager in the company of several coworkers after asking her to follow up on unpaid vacation pay: "I can't stand him" as I walked away after informing her payroll requests a follow up from her to be reimbursed.). The reimbursement was denied on grounds that I never gave my manager a signed form to be reimbursed. Which I did. This is money that is deducted from my check. It's like Coca-Cola holding my money in trust and refusing to give it back to me on a fabricated technicality.

**May 11 2007:** Went to the office today to have David Schnarr grant me access to CIMPRO and OFCA to review CPO orders while evaluating calls. Upon my return my daughter Tiara had taken ill (was in the doctors office 2 days prior with the same issue) so I decided to observe her and take personal time for the balance of the day. I persistently received harassing phone calls from unknown and anonymous numbers to my home and cell phone, and a call from Jarvis (who has lately been use as a means to gleam information about me). Harassment by phone started with Carmen Rodriguez who would call and for example ask why I was late when I may in fact have been 10 minutes early to work. Then continued with Ginger Bissell who would always call with an I wanted to see how you were doing kind of phone call, to Brenda Weathersby which is currently calls from unknown and anonymous phone numbers and there would be no response at the other end when ever I answered my phone.

**April 2007:** Told by my current manager Brenda Weathersby during one on one I had to leave the company. If I did not wish to leave a new position would be created for me at CCE for a year after which I would be compelled to leave the company. Brenda happened to know what she was talking about because she has refused to authorize the payment of my 2006 vacation reimbursement which is part of the concerns I raised with my current manager Tanika Cabral, which has led to my current leave, the push to be evaluated by a psychiatrist, and my decision to finally report my concerns to the EEOC.

**March 22-27/2007**: My laptop has been down all through this period and I have spent all these days in the office with different people trying to resolve the issue. The IT teams wanted to determine the issue was not with my network at home and it wasn't because all issues were duplicated on the company's network (e.g.: slow access, systems non responsive,...etc) On 3/26/07 while in the office I told my manger Brenda Weathersby I had lost 4 days of work time due to the issue with my laptop and it will make completing my work difficult. Usually the expectation would be i) revision work load, ii) extending deadline, iii) granting overtime to complete existing work load. My manager has offered none of these routine options as at the time I am penning this note today.

Scheduling assignments and meetings to conflict with invitations from the Africa Group

Latest: Accepted an invite 2/28/07 for a Luncheon 3/8/07 from 1145am-130pm. Manager scheduled a conflicting meeting on the same date from 11am-12pm on 3/1/07. Part of an ongoing pattern to thwart any opportunity to network with the Africa group.
Previous: 10/24/06: had to take PTO to attend a luncheon with the President of the Africa Group because I noticed the trend.
Prior: 10/6/06: Had to cancel an accepted invite to a luncheon with the African Diaspora group when at about 2 hours before the meeting last minute assignments were heaped on me making attendance impossible.

**March 27 2007**: During an all day training session a coworker Robyn Rourk was looking at me and giggling because she assumed I was asleep during the presentation. I am aware of this because she has done it before and mentioned why she was looking and me and giggling on that occasion. Also during the same session the TRAINER Stacy Burch shone a laser on me and motioned to my manager to look at me ostensibly to indicate I was sleeping. My manager Brenda Weathersby turned to look at me and I nodded an acknowledgement and she quickly turned around to continue her speech. If I were asleep, how would I know Robyn was giggling and Stacy was shinning the laser at me. These are examples of the subtle forms of harassment I deal with on the job routinely. Someone always looking for WAYS TO EMBARRASS YOU IN PUBLIC OR CALL UNCOMFORTABLE ATTENTION TO YOU.

**Mar 8 20007:** went in for a team meeting. I was asked by my co-worker Matt Dunn if I had heard the news about McDonalds not renewing their customer service contract and how that would affect Robyn Rourk. Matt then went on to tell me half of my work will be given to Robyn to save her job and especially when I have difficulty doing my work. No one in the company has ever sat me down and discussed any inability on my part to perform my duties. I told Matt to tell Jerry Willinborg the VP that runs the center he could give my work to Robyn on the condition I am transferred to the Africa Division which I have already networked for but is in limbo due to opposition from the leadership at the Dunwoody campus.

**Feb 2007**: Went for training and Lisa Ford a trainer she in the mist of several inbound management staff including farrolyn Caver (group manager) and Wesley Lackey (team manger) who will train you to do anything here after they had asked me why I was in the office that morning. Lisa thought I would not over hear her.

**Jan 2007:** Pat Kratwitz – Director at NCS was in the office of the VP Jerry Willenborg talking Jerry's AA Judy Hardegrie and asked Judy why this boy is still working here and has not been fired yet. I was the only one around and he did not expect me to hear him. I stood and watched him for several minutes to indicate to him I heard what he said and was not pleased. Judy finally told him I heard him and I walked away after receiving the confirmation I needed. Later on Jarvis calls me to tell me if I do not put up with what Pat said I could not pay my mortgage. I was infuriated on the phone that day to say the least.

**Other 2007 incidents**

During a CSS calibration meeting the CSS manager Aaron Mayrant asked his Manager in my presence "Franklin is approaching nine years with the company how much longer is he going to be here. Aaron's manager Elbert Terry raised both hands and started motioning them back and forth and whispered "don't worry we have it taken care of"



**Examples of attempts at entrapment:**

During the Q&A portion of an Inbound calibration meeting an Inbound associate Ann Harvey (who has previously expressed interest in me while I was an Inbound associate) suddenly walked into the meeting. The norm in Coca-Cola is to excuse yourself if you walk into a meeting you are not part of. Strangely enough, all other participants at the meeting responded in unison "the meeting is over come in." and hurriedly left the room. I asked Ann what she wanted and she said she was decorating for a pot luck event on the job in the next few days and needed to measure the tables in the room to know how many she needed for her set up. Ann asked if I could help with the tape measure and she transposed almost all measurements we took into graphic sexual language "I don't do anything with a man less than six inches" I did not comment and after helping her, she opens the door to the meeting room wide stands in the door way so she can be seen by those outside and in flirtatious body motion invites me to the pot luck. I told her I was certain I would be tied with my work and thank her for the invite. A couple of weeks later when I returned to the office another associate Rachel Canady say "Franklin everybody was expecting you at the pot luck how come you did not show up" Here is an example of how coworkers of the opposite sex have been used in attempts to entrap me on the job. Presumably because African men are polygamists and womanizers we also cannot exercise discretion.

Ashley Heinz a coworker that has expressed utter contempt of Africa and things African because "Africa is a filthy place" asks me one day to share shea lotion delivered to me on the job by Yvonne Hardenett. I asked Ashley if she was sure she wanted the lotion because it was made from shea butter my mom sent me from Africa in view of her sentiments about the continent. I followed up with a friend about the request in light of the hostile environment I worked in and efforts to entrap me on the job. The friend advised me not to give Ashley a sample of the lotion until she asked for it again in plain view of all in my department should it be a ploy to entrap me with an unsolicited gift to a coworker. I did not take the bait and Ashley never asked for the lotion again. This is Significant because when Ashley joined the department I was asked by my then manager why I did not talk to her as much as others in the department "is it because you have any concerns about her" I told the manager I had no concerns about Ashley, I had helped to train her, and just did not know her well enough yet to talk to her as others in the department.

Was asked by Nancy Osakwe who I had a good rapport with on the job on outings to eat and watch movies (I have a good rapport with her and her family invited to family events etc) Due to the situation on my job I asked Nancy the purpose of the invites "are you trying to go out with me" to which I got no response so I asked directly "do you want to go out with me" I maintained a complete professional posture during this period and putting Nancy on the spot gave me an opportunity to exit the outings with her and her friends at no cost to my rapport with her and her family. Later on Nancy

came to my house with a tape recorder (put it on the table in plain view) will asking question about manager on my job, how I felt about them and the way I was treated on the job. I gave Nancy honest answered which she recorded on the tape about how I worked in a hostile work environment, managers threatened me, and shared my honest sentiment about how I was treated unfairly on the job, and asked if the situation would be the same if I was a native born US citizen.

July 2005: Told by my coworker Xavier Holland in a fit of unprovoked anger that the management team at the office had told him they were waiting for their opportunity to fire me and would never give me an opportunity as long as I worked at the company and was wasting my time working there. I reported the incident to my then manager ginger Bissell via email and Ginger told me HR said it was not an issue for them to deal with. Bear in mind this was the day before my department went home to telework and any unprofessional response on my part would have been the perfect opportunity to get rid of me since working from home would provide less opportunity to achieve the goal of getting rid of me as I had been told on several occasions.

**Other example of unsavory comments on the job**

April 2005: Had a fire in my home and stayed out for the insurance company and fire crew to access and repair damage. Upon my return to work my co-worker Susana Summers told me "guess what we figured out in the department, we calculates your income, bills, etc, and figured you intentionally set the fire to defraud your insurance company." I was so disturbed by the comments I told Susana I was ready to return the cash contribution made to me on the job (a gesture common to the work place) and will never share any tragedies or accidents in the future if it gave my coworkers the opportunity to brand me a fraud, and I haven't since then.

Had a one on one with my then manager Ginger Bissell who told me to leave the company because I was wasting my time there and there was no future there for me at the Coca-Cola Company.

Worked in a constant state of harassment. Called a fraud, womanizer, non team player, non contributor to team functions (bday cards, lunched,...etc) which made me very upset and uncomfortable? Constant assault on my image and integrity.
Prior to the above I have been a victim of constant harassment and ridicule on the job. I was harassed and maltreated by a previous manger Carmen Rodriguez and had to go to the umbuds about the issue. I was promised confidentiality but the situation got worse after Carmen left. I went back to the Umbuds about the situation and since then it has been open warfare to entrap me to get me fired. Example: work load and schedules altered to make completion of my work by deadlines impossible. Working on vacation days to be able to meet deadlines etc.

**Other examples of denial of routine benefits and courtesies accorded all Coca-Cola employees**

2005: Denied tuition reimbursement to the Bush School. After asking manager to confirm her sources she said HR had sanctioned denial of tuition reimbursement. I followed up the ladder to Angela Green then in charge of the company's tuition policy. She gave me her name, phone number, helped me fill to my forms and asked she be referred when I approached my then manager Ginger Bissell about the correct tuition policy. Due to the hostility I encountered after having the Dunwoody campus decision rescinded I stopped taking the course in hopes I would get a peace of mind but was wrong.

**Some of my experiences prior to 2005**

Asked to sign a document (by then manager Darryl Stewart) about reference to women being slaves in Africa which I did upon on condition I expressed my reservation because allegation was false. As a follow up I was asked by Patrice Butler in the hall ways of the job how my girls were doing. Before I could respond a co-worker Sylvia Watson who was standing by chimes in "you know Franklin and African men and how they polygamists think women are supposed to be slaves." I demanded an immediate apology from Sylvia and told her the next time I heard such a comment I would report the issue to the then Vice President of the Dunwoody location Jerry Allen. I explained to Sylvia and all those around that I had two sisters in Africa who were very well educated, women in my family were given every resource and encouragement to go as far as they wanted with their education, women in my family in Africa owned property and their personal wealth, I was a Christian and my family did not practice or endorse polygamy. After the candid response to Sylvia's comments the issue of Franklin suggesting women are supposed to be slaves or African men being polygamist evaporated in my environment. That led me to the conclusion the whole situation resulted from peoples perception of my ethnic origin.

12/2000
I was denied promotion and commensurate raise after my first 12 months of consistent exceptional performance on the job in accordance with the policy at the time. The reason given for the denial was "there was a moratorium on the policy, it came from corporate, nobody knows when and why the moratorium was put in place, and there was nothing that could be done about it" So I followed up with my then HR rep at corporate Beana Mek.... (Can't spell her last name properly) found out the grounds for denial were false and was subsequently awarded the raise and promotion. This was the fist time I woke up to discrimination against me on the job on the basis of my ethnicity.

The next was being denied an initial request for bereavement after the death of my step father on grounds I was not going to the funeral in Africa and should explain aspects of my culture which warrants qualification for my bereavement in lieu of traveling to Africa. After 3 days of crying on the phone (was a phone rep then) then man in charge Gary Carter called me to his office to inquire why I had been crying on the job the last few days. I explained the situation and Mr. Carter then asked me to proceed on bereavement.

Was told by Greg Sample when I discussed desire to pursue an MBA that Africans did not have the intellect for MBA's and should not waste my time. Upon completion of my MBA I followed up with Greg Sample and informed him I have been able to complete the program and graduated and would appreciate him mentoring me on my career goals. Greg's response was "People like me would not amount to anything at The Coca-Cola Company and I should go and sit in my corner and answer some phone calls and think about job security". Upon my return from that meeting with Greg I sent him an email simply thanking him for his time and advice about my career aspirations at The Coca-Cola Company. Apparently Greg knew what he was talking about.

2004: Was involved in a wreck and admitted to the emergency room, discharged and directed to follow up with my doctor. On Monday morning I did not feel the pain from the weekend so I decided to go to work and follow up with my doctor after work. While on the job I started to experience pain all over my body so I went to my then manager John Brewton to request permission to see my doctor (I was an exempted employee at the time) John told my "if I thought I was sick I should go see a doctor but he cautions me that if my job is not completed as scheduled I should expect disciplinary action up to termination.

A personal initiative to gain experience from bottling and sales operations was abruptly ended. This initiative began after I met with the President and then Vice President of the Africa Division who advised me to gain sales and bottler operations experience in my quest to work with their division. (After the discriminatory comments by Greg Sample and hostility from Carmen Rodriguez I followed through personally on the sales side but discussed the bottler request with John Brewton before going to Rodney Leonard.) Here is how it happened. I was given a Sales Manager (Brad Wagner) to ride with on Tuesdays after selling my career intentions to Melody Justices then with Sales in suite 200 at Dunwoody. I also followed up with site visits to the bottling plant off Old National Highway courtesy of networking with

the Plant Manager Rodney Leonard. One Tuesday I can in earlier than usual so I went to went to wait in the Dunwoody café till it was time to ride with Brad. Jimmie Mitchell and Susana Summers two of my co-workers came for breakfast and asked what I was doing on campus on my day off. I told them I had networked and was riding with sales in the 200 building to gain some experience and perspective of our bottler operations. The next Tuesday Brad told me I could not ride with him anymore. I pleaded for an explanation and the truth and Brad said his higher ups had been told by Dunwoody higher ups that they did not support my initiative and it should be canned and if I "ever restated this information he would deny ever having the conversation with me." My subsequent visit to the bottling plant was also denied by Rodney Leonard and he also told me Dunwoody higher ups were against my initiative which left him with no choice but to cancel my visits to his plant. He subsequently sent me an email explaining how North America Employees could not cross assign with CCE unless I got permission from the highest levels of The Coca-Cola Company. Why bother when I have already been told by my mentors that the same higher ups did not want to see my initiative succeed hence the cancellations.