IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANKLIN OWUSU-ANSAH, | |
|    Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:09-CV-2664-SCJ |
| THE COCA-COLA COMPANY, | |
|    Defendants. | |

### ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Walter E. Johnson [Doc. No. 132], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, defendant's Motion for Summary Judgment [Doc. No. 99] is hereby **GRANTED**.

**IT IS SO ORDERED**, this 8th day of July, 2011.

                                                s/Steve C. Jones
                                                STEVE C. JONES
                                                UNITED STATES DISTRICT JUDGE